RECEIVED
IN LAKE CHARLES, LA.

JAN 10 2017

TONY R. MOORE, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| AVERY WRIGHT, ET AL | : | CIVIL DOCKET NO. 16-cv-453 |
| VERSUS | : | JUDGE MINALDI |
| MARDEN ORITZ, ET AL | : | MAGISTRATE JUDGE KAY |

## ORDER

At the request of Judge Minaldi, it is

ORDERED that this matter be transferred to Judge Donald E. Walter.

THUS DONE AND SIGNED this 10th day of January, 2017.

**DEE D. DRELL**
Chief Judge